# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1551
LT Case No. 2022-CF-002178-A

_____

EDWARD LAMONT HICKS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

October 7, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____